# United States District Court
## For The Western District of North Carolina
## Bryson City Division

Marcos Patino Reyes,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                     2:12cv16/2:10cr2

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/2/2012 Order.

                                                          Signed: August 2, 2012

                                                          Frank G. Johns, Clerk
                                                          United States District Court